# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 66.215.119.3,<br><br>        Defendant. | Case Number: 3:25-cv-07529-CRB<br><br>Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S THIRD *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

THIS CAUSE came before the Court upon Plaintiff's third *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for May 29, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until June 27, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for May 29, 2026 is continued to ~~August 7,~~ August 14, 2026 2026 at 8:30 a.m.

**DONE AND ORDERED**.

Dated:  April 29, 2026 _____

By:  _____
**United States District Judge**
Hon. Charles R. Breyer

1

[~~Proposed~~] Order on Third *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 3:25-cv-07529-CRB